```
 1  KEVIN V. RYAN (SBN 118321)
    United States Attorney
 2  JOANN M. SWANSON (SBN 88143)
    Chief, Civil Division
 3  ANDREW Y.S. CHENG (SBN 164613)
    Assistant United States Attorney
 4
          450 Golden Gate Avenue, 10th Floor
 5        San Francisco, California 94102-3495
          Telephone:  (415) 436-6813
 6        Facsimile:  (415) 436-6748
          Email:      andrew.cheng@usdoj.gov
 7
    Attorneys for Federal Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARLA JO VAN DYNE,<br><br>    Plaintiff,<br><br>v.<br><br>ANN VENEMAN, Secretary, U.S. Department of Agriculture (USDA),<br><br>    Defendant. | No. C 04-2023 JSW<br>E-Filing Case<br><br>STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Carla Jo Van Dyne, her attorney, Lisa Duarte, and defendant Secretary, U.S. Department of Agriculture (hereinafter the "Federal Defendant"), by and through their undersigned counsel, as follows:

1. The parties do hereby agree to settle, compromise and dismiss the above-captioned action ("This Action") under the terms and conditions set forth herein.

2. The Federal Defendant agrees to pay the sum of Ninety Five Thousand and no cents ($95,000.00) to plaintiff under the terms and conditions set forth herein.

3. The plaintiff and her heirs, executors, administrators, assigns and attorneys hereby agree to accept the sum of Ninety Five Thousand Dollars and no cents ($95,000.00), in full and final settlement and satisfaction of the claims raised in This Action under the terms and conditions set forth herein.

4. It is also agreed, by and among the parties, that the settlement amount of Ninety Five Thousand Dollars and no cents ($95,000.00) represents the entire amount payable to plaintiff and her heirs, executors, administrators, assigns and attorneys. The parties also agree and acknowledge that plaintiff has already received partial payment of her attorneys fees in the amount of Seven thousand twenty five dollars and ninety nine cents ($7025.99) and that sum shall not be returned or included in but shall be in addition to the settlement amount of Ninety Five Thousand Dollars and no cents ($95,000.00)

5. It is also agreed, by and among the parties, that the settlement amount of Ninety Five Thousand Dollars and no cents ($95,000.00) shall be made payable to plaintiff's counsel, Lisa Duarte, Esq. The check will be mailed to the plaintiff's attorney at the following address: Lisa Duarte, MINAMI, LEW & TAMAKI LLP, 360 Post Street, 8th Floor, San Francisco, CA 94108.

6. It is also agreed by and among the parties that neither plaintiff nor any of her attorneys may make any claim for attorney's fees or other costs against the Federal Defendant, the United States, their agents, servants, or employees.

7. In consideration of the payment of Ninety Five Thousand Dollars and no cents ($95,000.00) as set forth above, the plaintiff agrees that she will immediately upon execution of this agreement, execute a Stipulation of Dismissal, which stipulation shall dismiss, with prejudice, all claims asserted in This Action or any claims that could have been asserted in This Action, which is captioned *Carla Jo Van Dyne v. Veneman*, C 04-2033 JSW. The fully executed Stipulation of Dismissal will be held by counsel for the Federal Defendant and will be filed with the Court upon receipt by plaintiff's counsel of the settlement amount.

8. In consideration of the payment of Ninety Five Thousand Dollars and no cents ($95,000.00) as set forth above, the plaintiff hereby releases and forever discharges the Federal Defendant and any and all of her past and present officials, employees, agents, attorneys, successors, and assigns from any and all obligations, damages, liabilities, causes of actions, claims, and demands of any kind and nature whatsoever, whether suspected or unsuspected, arising in law or equity, arising from or by reason of any and all known, unknown, foreseen, or

1  unforeseen injuries, and the consequences thereof, resulting from the facts, circumstances and
2  subject matter that gave rise to This Action, including all claims of discrimination, harassment
3  and retaliation asserted by plaintiff in each and every Equal Employment Opportunity ("EEO")
4  complaints filed while plaintiff worked at USDA, the United States Forestry Service (the "EEO
5  Complaints") or any and all claims that could have been asserted in the EEO Complaints. This
6  release specifically excludes Plaintiff's claim for disability retirement and in no way affects her
7  ability to apply and obtain such benefits.

8      9.    In consideration of the payment of Ninety Five Thousand Dollars and no cents
9  ($95,000.00) as set forth above, the plaintiff further agrees that she may not and will not use or
10 rely on the incidents and actions underlying the EEO Complaints in any other administrative
11 proceeding, state court action or federal court action to prove any kind of discrimination,
12 harassment or retaliation or as background or history to any claim of discrimination, harassment
13 or retaliation she may bring.

14     10.    In consideration of the payment of Ninety Five Thousand Dollars and no cents
15 ($95,000.00), plaintiff agrees to resign from USDA effective January 1, 2005.

16     11.    Defendant agrees that it will remove any reference to Plaintiff's removal or
17 placement on AWOL from her personnel folder within 14 days of the execution of this
18 agreement.

19     12.    The provisions of California Civil Code Section 1542 are set forth below:

20     A general release does not extend to claims which the creditor does not know or
21 suspect to exist in his favor at the time of executing the release, which if known
    by him must have materially affected his settlement with the debtor.

22 The plaintiff having been apprised of the statutory language of Civil Code Section 1542 by her
23 attorneys, and fully understanding the same, nevertheless elects to waive the benefits of any and
24 all rights she may have pursuant to the provision of that statute and any similar provision of
25 federal law. The plaintiff understands that if the facts concerning the plaintiff's injury and the
26 liability of the Federal Defendant, or her agents, servants, or employees, for damages pertaining
27 thereto are found hereafter to be other than or different from the facts now believed by her to be
28 true, this agreement shall be and remain effective notwithstanding such material difference.

Stipulation and Agreement for Compromise and Settlement    3
C04-2033 JSW

13. The parties acknowledge that neither this agreement nor anything contained herein shall constitute an admission of liability or fault on the part of the Federal Defendant, or his agents, servants, or employees. This agreement is entered into by the parties for the purpose of compromising disputed claims, avoiding the expenses and risks of litigation, and buying peace.

14. This agreement may be pled as a full and complete defense to any action or other proceeding, including any local, state or federal administrative action, involving any person or party which arises out of the claims released and discharged by this agreement.

15. If any withholding or income tax liability is imposed upon plaintiff based on payment of the settlement sum as set forth herein, plaintiff shall be solely responsible for paying any such liability. Plaintiff, and her attorneys, will indemnify and hold harmless the Federal Defendant from any liability the Federal Defendant may incur from any government agency arising out of any failure by plaintiff to pay any tax liability she might be responsible for from any government agency.

16. Plaintiff and her attorneys have been informed that payment of the settlement amount may take 120 days or more to process. Defendant will submit a request for payment to the National Finance Center within 14 days of Plaintiff's execution of this Agreement.

17. The parties agree that the District Court shall retain jurisdiction over this matter for the purposes of resolving any dispute alleging a breach of this agreement.

18. Each party acknowledges that they have been represented by and have relied upon independent counsel in negotiating, preparing and entering into this agreement and that they have had the contents of this agreement fully explained by counsel and that they are fully aware of and understand all of the terms of the agreement and the legal consequences thereof. It is further acknowledged that the parties have mutually participated in the drafting of this agreement and it is agreed that no provision herein shall be construed against any party hereto by virtue of the drafting of this agreement.

19. If any provision of this agreement shall be held invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

Stipulation and Agreement for Compromise and Settlement
C04-2033 JSW

4

20. This instrument shall constitute the entire agreement between the parties, and it is expressly understood and agreed that this agreement has been freely and voluntarily entered into by the parties hereto with the advice of counsel, who have explained the legal effect of this agreement. The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this agreement.

21. This agreement may not be altered, modified or otherwise changed in any respect except in writing, duly executed by all of the parties or their authorized representatives.

Dated: 3/30/04

*/s/ Carla Jo Van Dyne*
CARLA JO VAN DYNE
Plaintiff

Dated: 5/20/05

By: */s/ Lisa Duarte*
LISA DUARTE
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: 5/20/05

By: */s/ Andrew Y.S. Cheng*
ANDREW Y.S. CHENG
Assistant United States Attorney
Attorneys for the Federal Defendant

PURSUANT TO THE ABOVE STIPULATION AND AGREEMENT, APPROVED AND SO ORDERED:

Dated: May 23, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
United States District Judge